```
_____ FILED _____ LODGED
_____ RECEIVED
December 21, 2020
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY
```

Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

QUENTIN M. PARKER,

    Defendant.

NO. CR20-5437

SUPERSEDING INFORMATION
(Infraction)

The United States Attorney charges that:

On or about September 17, 2020, at Joint Base Lewis-McChord, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, QUENTIN M. PARKER did operate a motor vehicle in a manner likely to endanger persons or property (Negligent Driving in the 2nd Degree).

All in violation of Title 18, United States Code, Section 7; Title 40, United States Code, Section 1315; 32 Code of Federal Regulations, Part 2.10; and RCW 46.61.525.

DATED this 20th day of December, 2020.

BRIAN T. MORAN
United States Attorney

*/s/ signature*

BARBARA J. SIEVERS
Assistant United States Attorney

SUPERSEDING INFORMATION - 1
CR20-5437; QUENTIN M. PARKER

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970