AO 245H (Rev 9/00) Judgment in a Misdemeanor/Petty Offense Criminal Case (Short Form) Sheet 1 (USAO 07/28/2002: BJS 02/2013)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | **(Short Form)** |

QUENTIN M. PARKER                CASE NUMBER:  CR20-5437

FILED _____ LODGED
_____ RECEIVED

**December 21, 2020**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Harold Karlsvik
Defendant's Attorney

☑ **THE DEFENDANT** pleaded guilty to a single-count Superseding Information (Infraction)

| Title & Section | Nature of Offense | Offense Ended | Count No. |
|---|---|---|---|
| 18 U.S.C. § 7;<br>40 U.S.C. § 1315;<br>32 C.F.R. Pt. 210;<br>RCW 46.61.525 | Negligent Driving 2nd Degree | 09/17/2020 | I |

☐ Count(s) _____ ☐ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| Total: | Fine | Assessment | Processing Fee | Payable Within/By |
|---|---|---|---|---|
| $255 | $250 | $5.00 | $ N/A | Within  60 days |

| | | |
|---|---|---|
| Defendant's SSN: | XXX-XX-8203 | *s/ Barbara J. Sievers* |
| | | BARBARA J. SIEVERS, Assistant United States Attorney |
| Defendant's DOB: | XX-XX-1088 | |
| | | 12/21/2020 |
| Defendant's USM No: | N/A | Date of Imposition of Judgment |

Via zoom Quentin Parker
Defendant's Signature

Signature of Magistrate Judge

THE HONORABLE DAVID W. CHRISTEL
United States Magistrate Judge

12/21/2020
Date